IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,

    Plaintiff,                              No. CIV-S-10-3349 GGH (TEMP) P

    vs.

J. BAL, et al.,

    Defendants.                          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action filed pursuant to 42 U.S.C. § 1983. Plaintiff has filed a request to proceed in forma pauperis. However, plaintiff is precluded from proceeding in forma pauperis because it has already been determined in this court that plaintiff has "struck out" under 28 U.S.C. § 1915(g),[1] See Hicks v. Blackburn, No. CIV-F-

/////

---

[1] Title 28 U.S.C. § 1915(g) reads:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

1  07-0006 BLW LMB P, and plaintiff does not allege that he is "under imminent danger of serious
2  physical injury."
3        Accordingly, IT IS HEREBY ORDERED that:
4        1.  Plaintiff's request to proceed in forma pauperis (#5) is denied;
5        2.  Plaintiff shall pay the $350.00 filing fee for this action within twenty-one days.
6  Failure to pay the filing fee within twenty-one days will result in dismissal.
7  DATED: March 3, 2011

      /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

kc
hick3349. 3k