IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,

      Plaintiff,                     No. CIV S-10-3349 GGH (TEMP) P

     vs.

J. BAL, et al.,

      Defendants.          ORDER[1]

_____/

      By an order filed March 3, 2011, plaintiff was ordered to pay the $350.00 filing fee within twenty-one days and was cautioned that failure to do so would result in dismissal.  The twenty-one day period has now expired, and plaintiff has not responded to the court's order and has not paid the filing fee.   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: April 11, 2011

                                               /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

GGH:de/kc
hick3349.fff

---

[1] None of the named defendants have appeared.  Because the only appearing party, plaintiff, has consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c), this case is dismissed by way of the undersigned's order.